

**UNDER SEAL** UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:15-mj-81 |
| | ) |
| v. | ) UNDER SEAL |
| | ) **ORDER TO SEAL THE COMPLAINT** |
| TONY LUKE BREWER | ) |
| | ) |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 19 day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE