# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:15-CR-22

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| TONY LUKE BREWER, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Mandatory Victim Restitution ("Government's Motion") [Doc. 41] and on Government's Restitution Memorandum [Doc. 51]. Defendant was sentenced on child pornography related offenses on June 8, 2016. 18 U.S.C. § 2259 proves for mandatory restitution in child pornography cases. Any award of restitution in such case is enforced by 18 U.S.C. § 3664. At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). The Government now submits a list of victims and losses for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A, and Defendant consents. [Doc. 51].

**IT IS, THEREFORE, ORDERED** that, based on the reasons set forth in the Government's Motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case [Doc. 42] shall be amended to include a final restitution figure of $8,000 in the amounts listed in the Government's Restitution Memorandum [Doc. 51], and the restitution amounts shall be distributed pursuant to the Government's Restitution Memorandum [Doc. 51]. All other terms of the original Judgment [Doc. 42] remain unchanged.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: January 25, 2017

Richard L. Voorhees
United States District Judge